DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.B.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
and **GUARDIAN AD LITEM,**
Appellees.

No. 4D21-1035

[June 18, 2021]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Michael J. Linn, Judge; L.T. Case No. 312019DP000085.

Antony P. Ryan, Regional Counsel, and Paul O'Neil, Assistant Regional Counsel of Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, and Samantha Costas Valley, Senior Attorney of Florida Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem on behalf of M.M.B and M.M.B.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***